IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | CRIM. NO. 3:12-cr-00015-FLW |
| EDWARD MARTIN | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓]   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   [ ]   Other:

Date: 3/4/2021

_____
Honorable Douglas E. Arpert
United States Magistrate Judge