UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 12-15 (FLW)(DEA) |
| vs. | : | Hon. Douglas E. Arpert |
| EDWARD MARTIN | : | <u>DETENTION ORDER</u> |

       This matter having been opened to the Court on motion of the United States, by Rachael A. Honig, the Acting United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing), in the presence of Jerome A. Ballarotto, Esq., attorney for defendant, for an order pursuant to 18 U.S.C. " 3142(e) and 3143 (a), detaining defendant; and

       The Court having found that the defendant has failed to establish by clear and convincing evidence that he does not pose a risk of flight and a danger to any other person or to the community;

       IT IS, therefore, on this 4th day of March, 2021,

       ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant be committed to the custody of the Attorney General or his authorized representative pending his hearing on his violation of supervised release; and it is further

       ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

       ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

       ORDERED that the motion of the United States for an order detaining defendant without bail pending his hearing is hereby granted, and defendant is hereby ordered detained pending his hearing in the above-entitled matter.

                                                                                    HON. DOUGLAS E. ARPERT
                                                                                      United States Magistrate Judge